**No. 47561.**—Protests 988122–G, etc., of Maray Corp. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty. The protests were therefore sustained as to certain of the items.

**No. 47562.**—Protests 25525–K, etc., of Lau & Co. et al. (Honolulu).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Wing Duck* v. *United States* (6 Cust. Ct. 133, C. D. 446) the merchandise in question was held not to be distilled spirits and therefore not subject to the internal revenue tax. The protests were sustained as to certain of the items.

BEFORE THE SECOND DIVISION, SEPTEMBER 17, 1942

**No. 47563.**—Protests 2078–K, etc., of Associated Merchandising Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the mufflers in question are hemmed and are of the same character as those involved in Abstract 45938 the claim at 60 percent under paragraph 1209 was sustained.

**No. 47564.**—Protest 8083–K of Wm. Filene's Sons Co. (Boston).

Opinion by TILSON, J. In accordance with stipulation of counsel that the mufflers in question are similar in all material respects to those involved in Abstract 45938 the claim at 60 percent under paragraph 1209 was sustained.

**No. 47565.**—Protests 34048–K, etc., of N. S. Meyer, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question consist of woven fabrics similar to those involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the claim at 40 percent under paragraph 385 and T. D. 48316 was sustained.